# Third District Court of Appeal

## State of Florida

Opinion filed October 22, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0864
Lower Tribunal No. 21-20012-CA-01
_____

**Jill R. McGrail,**
Appellant,

vs.

**U.S. Bank, N.A., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lisa S. Walsh, Judge.

Kaplan Zeena LLP, James M. Kaplan, and Steven A. Colsky, for appellant.

Levine Kellogg Lehman Schneider + Grossman LLP, and Matthew J. McGuane; McGlinchey Stafford, and Kimberly Held Israel (Jacksonville), for appellee.

Before FERNANDEZ, LINDSEY and GOODEN, JJ.

PER CURIAM.

Affirmed. See Navarro v. Borges, 388 So. 3d 1044, 1046 (Fla. 3d DCA 2024) (stating that this Court reviews the trial court's entry of summary judgment *de novo*); § 768.79(1), Fla. Stat. (2024) ("In any civil action for damages filed in the courts of this state, if a defendant files an offer of judgment which is not accepted by the plaintiff within 30 days, the defendant shall be entitled to recover reasonable costs and attorney's fees . . . **if** the judgment is one of no liability or the judgment obtained by the plaintiff is at least 25 percent less than such offer[.]" (emphasis added)); Godwin v. State, 593 So. 2d 211, 212 (Fla. 1992) ("An issue is moot when the controversy has been so fully resolved that a judicial determination can have no actual effect. A case is 'moot' when it presents no actual controversy or when the issues have ceased to exist. *Black's Law Dictionary* 1008 (6th ed.1990). A moot case generally will be dismissed." (internal citations omitted)).